IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRANDA WALLINGFORD and RICHARD WALLINGFORD,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:21-cv-01412-DOC-KES<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE [13]** |

Having received the parties' Stipulation, the Court adopts the following briefing and hearing schedule as set forth in the Stipulation:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction currently scheduled for October 18, 2021, shall be moved to November 1, 2021. The Court will also hold the hearing for Defendant's Motion to Dismiss on November 1, 2021;

2. Defendant's combined Motion to Dismiss and Opposition to Preliminary Injunction shall be filed on October 4, 2021;

3. Plaintiffs' combined Opposition to Motion to Dismiss and Reply to Opposition to Preliminary Injunction shall be due by October 11, 2021;

4. Defendant's Reply to Response to Motion to Dismiss shall be due by October 18.

Dated: September 27, 2021

_____
The Honorable David O. Carter