# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 21-01412-DOC-KES

Date case was first filed in U.S. District Court: 08/30/2021

Date of judgment or order you are appealing: 10/28/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Miranda Wallingford and Richard Wallingford

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? 

Your mailing address:

Michel & Associates, P.C.

180 East Ocean Boulevard, Suite 200

City: Long Beach   State: CA   Zip Code: 90802

Prisoner Inmate or A Number (if applicable): 

**Signature** s/Anna M. Barvir   **Date** Nov 29, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                                               *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Miranda Wallingford and Richard Wallingford |

Name(s) of counsel (if any):

| C.D. Michel, Anna M. Barvir, Sean A. Brady, and Matthew D. Cubeiro |

Address: 180 East Ocean Boulevard, Suite 200, Long Beach, CA 90802

Telephone number(s): (562) 216-4444

Email(s): cmichel@michellawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Robert Bonta, in his official capacity as Attorney General of the State of California |

Name(s) of counsel (if any):

| Rita B. Bosworth, Deputy Attorney General |

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004

Telephone number(s): (415) 510-3592

Email(s): rita.bosworth@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                           1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                          *New 12/01/2018*